# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
**300 Quarropas Street**
**White Plains, NY 10601**

---

| | |
|---|---|
| IN RE: Christopher N Kabel | CASE NO.: 17–22426–shl |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx–xx–2097 | CHAPTER: 13 |

---

## DEFICIENCY NOTICE RE: PETITION FOR PAYMENT OF UNCLAIMED FUNDS

The Court is unable to process your *Petition for Payment of Unclaimed Funds* without additional information. **Within 30 days of the date of this Notice**, you must address the following deficiencies:

| **CATEGORY OF DEFICIENCY** | **EXPANSION** |
|---|---|
| [x] *Faulty Document(s)* | [x] Missing or Incomplete Explanation of Delay in Filing Original Disbursement for Payment |
| [x] *Identification Errors* | [x] Missing or Altered Photo ID |

**More specifically for this particular claim**:

> Proof of Identity. All applications must contain sufficient documentation to establish the identity of the claimant as well as the authority of the applicant to make the claim, thus verifying entitlement to the funds. All applicants must provide a copy of applicants official government photo ID (i.e., current drivers license/U.S. Passport) as well as social security number. Further sections will describe what proofs are applicable for each category of applicant.

> Written Explanation detailing why the claimant did not present the original disbursement for payment. Explanation of why the funds were not claimed and/or accepted by claimant during the Trustees original disbursal(s) of funds to creditors will not replace proof of identity or any of the other documents submitted as part of the completed application.

Any further questions should be directed to the Finance Department either in writing or by calling (212) 284–4016 during standard business hours. Should questions arise after hours, please leave a voicemail which includes contact name, phone number, case number, and a concise summary of the query.

As a reminder, all documentation in support of the claim should be mailed to the address given below:

*Finance Department*
*U.S. Bankruptcy Court, SDNY*
*1 Bowling Green*
*New York, NY 10004–1408*

Dated: 7/7/20

Vito Genna
*Clerk of the Court*

By: /s/ Peter Mazzola
*Deputy Clerk*