# Notice Recipients

District/Off: 0208–7   User:   Date Created: 7/7/2020
Case: 17–22426–shl   Form ID: finnot   Total: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Christopher N Kabel          270 Blauvelt Road          Blauvelt, NY 10913
cr          Christopher N Kabel          270 Blauvelt Road          Blauvelt, NY 10913

TOTAL: 2