**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

In re:                                                                           Case No.: 17-22426-shl

                                                                                      Chapter 13

Christopher N. Kabel

                                                *Debtor*
------------------------------------------------------------x

**ORDER DENYING APPLICATION**
**FOR PAYMENT OF UNCLAIMED FUNDS**

On 7/07/20, an application was filed for Claimant(s)

Christopher N. Kabel

for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation fail to establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

**ORDERED** that the application is denied without prejudice for the following reason:

Failure to cure deficiencies and comply with application requirements within the 30 day cure period, as directed in the defective filing notice dated 7/07/20.

DATED: NEW YORK, NEW YORK

9/11/20                                                        / S / Hon. Cecelia Morris
                                                                       Bankruptcy Judge